IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JEROME P. FARMER  PLAINTIFF
ADC #179184

v.  No: 3:20-cv-366-DPM-PSH

MARTY BOYD, Sheriff,
Craighead County; KEITH BOWERS,
Captain, Craighead County Jail;
TONI RAYMOND, Assistant Jail
Administrator, Craighead County Jail  DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. It appears Farmer's *in forma pauperis* application and complaint should have been filed in *Farmer v. Boyd*, where the issues raised are currently pending. E.D. Ark. No. 3:20-cv-343-DPM-JJV. The Court directs the Clerk to file Farmer's *in forma pauperis* application and complaint, Doc. 1 & 2, in that case and to close this case.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

16 November 2020